# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES E. BINDER, BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC, BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (IL), LLC, BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (FL), LLC and BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (CA), LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | CIVIL ACTION NO. 10 - CV - 2548 (ARR)(RER) |

## SUMMONS IN A CIVIL ACTION

TO: Michael J. Astrue, Commissioner
Social Security Administration
Office of Public Inquiries
Windsor Park Building
6401 Security Blvd.
Baltimore, MD 21235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States Agency, or an officer or employee or the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Duane Morris LLP
Peter Jason, Esq.
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1174

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN

*CLERK OF THE COURT*

Date: JUN 03 2010

*Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHARLES E. BINDER, BINDER & BINDER -
THE NATIONAL SOCIAL SECURITY
ADVOCATES (NY), LLC, BINDER & BINDER -
THE NATIONAL SOCIAL SECURITY
ADVOCATES (IL), LLC, BINDER & BINDER -
THE NATIONAL SOCIAL SECURITY
ADVOCATES (FL), LLC, and BINDER &
BINDER - THE NATIONAL SOCIAL SECURITY
ADVOCATES (CA), LLC,

        Plaintiffs,

        v.

MICHAEL ASTRUE, COMMISSIONER, U.S.
SOCIAL SECURITY ADMINISTRATION,

        Defendant.

CIVIL ACTION NO.
10-CV-2548(ARR) (RER)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                           )ss.:
COUNTY OF NEW YORK  )

Allison B. Kelley, being duly sworn, deposes and says:

    1.    I am employed by the firm of Duane Morris LLP.
    2.    I am over 18 years of age, reside in Oyster Bay, N.Y. and am not a party to this action.
    3.    On June 4, 2010, I served a copy via Certified Regular Mail, of the Duane Morris Plaintiffs' Summons and Complaint dated June 2, 2010, addressed to **Eric H. Holder, Jr.**, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

                                                               _____
                                                                       Allison B. Kelley

Sworn to before me this
14th day of June, 2010

_____
Notary Public

ONIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6133508
My Commission Expires Sept. 19, 20 10